**Order filed February 28, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00810-CV
_____

**DONALD GRETHER; PAUL A. HEINIG; REBECCA ANN, INC.; AND PLANTATION HEALTH CARE, INC., Appellants**

**V.**

**SUNSET NURSING HOME, INC., Appellee**

---

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 72817**

---

## O R D E R

On November 23, 2016, appellant Paul A. Heinig petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 16-80379. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellant's bankruptcy filing, we stayed all proceedings in the appeal as of the date when the bankruptcy petition was filed. *See* Tex. R. App. P. 8.2.

On February 12, 2019, appellee Sunset Nursing Home filed a motion to reinstate the appeal pursuant to Texas Rule of Appellate Procedure 8.3(a). Attached to the motion is a true copy of the bankruptcy court's order lifting the stay for purposes of this appeal/ dismissing the bankruptcy case.

The motion is granted. Accordingly, the case is ordered **REINSTATED** and placed on the court's active docket.


PER CURIAM